ELIZA MERWIN, as Administratrix, etc., Respondent, v. THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued April 19, 1889; decided May 3, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 22, 1888, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Edward S. Rapallo* for appellant.

*Thomas P. Wickes* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MARY LEE, as Administratrix, etc., Appellant, v. BARROW STEAMSHIP COMPANY, etc., Respondent.

(Argued April 19, 1889; decided May 3, 1889.)

APPEAL from judgment of the General Term of the Court of Common Pleas in the city and county of New York, entered upon an order made April 4, 1887, which reversed a judgment in favor of plaintiff, entered upon a verdict, and granted a new trial.

*A. G. Vanderpoel* for appellant.

*Frederick D. Gedney* for respondent.

Appeal dismissed on argument.